```
FILED           RECEIVED
ENTERED         SERVED ON
                COUNSEL/PARTIES OF RECORD

        SEP - 4 2025

      CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:                         DEPUTY
```

Joseph Ricci – pro se
1313 N 22nd St Apt 3
Las Vegas, NV 89101

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH RICCI,

        Plaintiff,

vs.

JAYMIE CABRERA, et al.,

        Defendants,

Case No.: 2:23-cv-02089-RFB-BNW

**[PROPOSED] ORDER ATTACHED**

**PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS**

Plaintiff **Joseph Ricci**, pro se, respectfully moves this Court for an extension of the deadline to amend pleadings, currently set for September 2, 2025, for good cause shown pursuant to FRCP 6(b)(1).

1. The current deadline was set by this Court's order (ECF No. 27) on July 2, 2025.

2. Good cause exists for this extension because Plaintiff served his Second Set of Interrogatories on Defendant on August 11, 2025, specifically designed to identify the true names of Doe defendants (see Interrogatory No. 1).

3. Responses to these interrogatories are not due until September 10, 2025, under FRCP 33(b)(2). Plaintiff requires this information to accurately and fairly name the correct individuals in an amended complaint.

4. This Court's July 2, 2025 Minute Order (ECF No. 36) explicitly found that resolution of dispositive issues is premature before the close of discovery on September 22, 2025. Amending the complaint now, without the essential information from outstanding discovery, would be equally premature and would unfairly prejudice Plaintiff through no fault of his own.

5. This is Plaintiff's first request for an extension of this deadline. Defendant will not be prejudiced by a brief extension, as discovery is still ongoing and the requested extension aligns with the discovery schedule endorsed by the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant an extension of the deadline to amend pleadings to **October 10, 2025** (30 days after Plaintiff receives Defendant's responses to the outstanding discovery).

Dated on this 2nd day of September 2025.

/s/ Joseph Ricci

**Joseph Ricci**
Pro Se
1313 N. 22nd St., Apt. 3
Las Vegas, NV 89101

## CERTIFICATE OF SERVICE

I, Joseph Ricci, certify that on September 2, 2025, I served the foregoing **PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS** via the Court's CM/ECF system, which will send electronic notification to:

Jeffrey D. Whipple, Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Email: jwhipple@ag.nv.gov

Dated: September 2, 2025

/s/ Joseph Ricci

Joseph Ricci,
Pro Se
1313 N. 22nd St., Apt. 3
Las Vegas, NV 89101

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSEPH RICCI,

          Plaintiff,

vs.

JAYMIE CABRERA, et al.,

          Defendants,

Case No.: 2:23-cv-02089-RFB-BNW

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Plaintiff's Emergency Motion for Extension of Time to Amend Pleadings, and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to amend his pleadings is extended to **October 10, 2025**.

DATED this __5th__ day of __September__, 2025.

*/s/ signature/*
UNITED STATES MAGISTRATE JUDGE