**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Joseph N Ricci | Case No. 2:23-cv-02089-RFB-BNW |
| Plaintiff. | **ORDER** |
| Jamie Cabrera et al. | |
| Defendants. | |

Before this Court is Plaintiff's Motion to Compel and Motion to Supplement. ECF Nos. 75, 81.  Defendants opposed. ECF No. 83. No reply is necessary for the resolution of these motions. The parties are familiar with the facts of the case and the arguments presented. As a result, this Court only incorporates them as relevant and needed to this order.

I.    **Failure to meet and confer**

This Court's local rules require that, unless an individual is incarcerated, the meet and confer take place "face-to-face or via telephonic or video conference." LR IA 1-3(f). This Court previously explained to Plaintiff that his motion to compel would not be considered unless he complied with that local rule. ECF No. 65. Plaintiff attaches an email chain as proof of his meet and confer efforts. ECF No. 75-1. But those emails (1) do not satisfy LR IA 3(f) and (2) do not discuss the issues presented in his motion to compel. As such, this meet and confer doesn't "discuss in good faith the issues required under the particular rule[s]." LR IA 3(f). Moreover, the Defendants' opposition makes clear that many of the responses are actually responsive to the requests.[1] As a result, Plaintiff's motion is denied.

II.    **Conclusion**

---

[1] For example, the interrogatory responses (1) need not include documents and (2) were otherwise adequate. In addition, RFP No. 1 only requests documents in relation to training on dental policies, including MD 408, and the response includes such documents. ECF No. 83-5. Confusion exists regarding the remaining 2 RFPs (as Plaintiff does not identify the recipient of those RFPs), so this Court does not address those.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel (ECF No. 75) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to supplement (ECF No. 81) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the hearing set for February 27, 2026, is **VACATED.**

DATED: February 20, 2026

_____
BRENDA WEKSLER.
UNITED STATES MAGISTRATE JUDGE